

**NIXON VOGELMAN BARRY SLAWSKY SIMONEAU**
ATTORNEYS AT LAW
PROFESSIONAL ASSOCIATION

*Guiding you through life's trials.*

77 Central Street
Manchester, NH 03101
Phone: 603-669-7070
Fax: 603-669-7080

# INVOICE

Invoice # 276
Date: 02/12/2018
Due On: 03/14/2018

Mr. Jon Francis
68 Depot Street
Ashland, NH 03217

## 00761-Francis

## John Francis v. Town of Bristol

### Services

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 04/26/2017 | DS | Meeting to review Bristol letter demanding $8,000 payment, review FLSA claim for police academy program. | 2.10 | $375.00 | $787.50 |
| Service | 04/27/2017 | DS | Draft FLSA claim or filing in Federal Court; review draft with client. | 1.90 | $375.00 | $712.50 |
| Service | 07/09/2017 | DS | Research FLSA law and review records of Academy program. | 2.80 | $375.00 | $1,050.00 |
| Service | 07/10/2017 | DS | Office conference with Mr. Francis and Kaira Wels to review details of Academy program; Letter to Director Vittum regarding sign-out sheets; begin drafting revised summary of overtime claim. | 4.20 | $375.00 | $1,575.00 |
| Service | 07/11/2017 | DS | Prepare planning conference report and share with Attorney Maher. | 2.80 | $375.00 | $1,050.00 |
| Service | 07/12/2017 | DS | Prepare Reply to Counterclaim. | 1.20 | $375.00 | $450.00 |
| Service | 07/14/2017 | DS | Edit Reply to Counterclaim. | 1.00 | $375.00 | $375.00 |
| Service | 07/27/2017 | DS | Review and revise Planning Report. | 0.30 | $375.00 | $112.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 07/28/2017 | DS | Review law; amend Complaint. | 1.60 | $375.00 | $600.00 |
| Service | 07/31/2017 | DS | Telephone to Mr. Francis to modify Amended Complaint and Planning Report. | 1.00 | $375.00 | $375.00 |
| Service | 08/02/2017 | DS | Prep for court conference. | 1.00 | $375.00 | $375.00 |
| Service | 08/04/2017 | DS | Preparation for 8/8 conference. | 1.00 | $375.00 | $375.00 |
| Service | 08/08/2017 | DS | Preparation for and attend court conference. | 2.60 | $375.00 | $975.00 |
| Service | 08/09/2017 | DS | Revise Amended Complaint. | 2.30 | $375.00 | $862.50 |
| Service | 08/10/2017 | DS | Telephone to Officer Francis; revise Amended Complaint. | 1.00 | $375.00 | $375.00 |
| Service | 08/11/2017 | DS | Finalize Amended Complaint | 1.90 | $375.00 | $712.50 |
| Service | 08/14/2017 | DS | Edit Amended Complaint. | 1.00 | $375.00 | $375.00 |
| Service | 08/21/2017 | DS | Amend Reply to Counterclaim to add affirmative defenses. | 1.00 | $375.00 | $375.00 |
| Service | 08/31/2017 | DS | Draft letter to Attorney Maher regarding preliminary discovery; telephone to various potential witnesses; | 2.10 | $375.00 | $787.50 |
| Service | 09/01/2017 | DS | Organize notes; draft interrogatories and document requests. | 2.40 | $375.00 | $900.00 |
| Service | 10/05/2017 | DS | Review personnel file sent by email. listen to Franklin background interview. | 3.10 | $375.00 | $1,162.50 |
| Service | 10/06/2017 | DS | Preparation for deposition of Det. Tammy Thorpe and take deposition. Round trip to Middleton; 96 miles. | 4.70 | $375.00 | $1,762.50 |
| Service | 10/10/2017 | DS | Telephone to Tilton Police Department about polygraph. | 1.00 | $375.00 | $375.00 |
| Service | 10/12/2017 | DS | Email and telephone to Officer Frances regarding settlement demand; draft demand letter. | 1.60 | $375.00 | $600.00 |
| Service | 10/16/2017 | DS | Telephone from Attorney Maher with settlement offer of $6,700; email and telephone to Officer Francis regarding same. | 1.00 | $375.00 | $375.00 |
| Service | 11/16/2017 | DS | Email to/from Attorney Maher; case settled at $21,000. | 0.50 | $375.00 | $187.50 |

**Quantity Subtotal**    47.1

**Services Subtotal**    $17,662.50

Invoice # 276 - 02/12/2018

## Expenses

| Type | Date | Attorney | Notes | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/17/2017 | JR | Legal Media Services JMR Check # 6527 | $485.00 | $485.00 |
| Expense | 11/01/2017 | JR | Depo of Tammy Thorpe Connelly Reporting JMR Check 6597 | $229.80 | $229.80 |
| | | | **Expenses Subtotal** | | **$714.80** |
| | | | **Quantity Total** | | **47.1** |
| | | | **Subtotal** | | **$18,377.30** |
| | | | **Total** | | **$18,377.30** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 276 | 03/14/2018 | $18,377.30 | $0.00 | $18,377.30 |
| | | | **Outstanding Balance** | **$18,377.30** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$18,377.30** |

Please make all amounts payable to: Nixon, Vogelman, Barry, Slawsky & Simoneau, P.A.

Please pay within 30 days.